# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT SILLS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:22-cv-00766-LSC-SGC |
| WARDEN, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on June 1, 2023, recommending the petition for a writ of habeas corpus filed under 28 U.S.C. § 2241 by Robert Sills be dismissed. (Doc. 14). The magistrate judge advised the petitioner of his right to file written objections within 14 days. The court has not received any objections from the petitioner.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds the § 2241 petition is due to be dismissed. A final judgment will be entered.

**DONE** and **ORDERED** on June 26, 2023.

_____
L. Scott Coogler
United States District Judge

160704